(125 So. 800)

**CITY OF BIRMINGHAM v. Charlotte WAL-THALL.  (6 Div. 540.)**

Supreme Court of Alabama.  Jan. 16, 1930.

Wilkinson & Burton and Hollis O. Black, all of Birmingham, for petitioner.

Mullins & Jenkins, of Birmingham, opposed.

GARDNER, J.  Petition of the City of Birmingham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in City of Birmingham v. Charlotte Walthall, 125 So. 799.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.